IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESUS YAHIR ZAVALA ULLOA**,<br><br>   Petitioner,<br><br>   v.<br><br>**JAMAL L. JAMISON**, *Warden, Federal Detention Center, Philadelphia*, et al.,<br><br>   Respondents. | CIVIL ACTION<br><br>NO. 26-0813-KSM |

## ORDER

**AND NOW**, this 13th day of February, 2026, it is **ORDERED** that Petitioner shall respond to Respondents' Answer (Doc. No. 6), which argues that Petitioner is "subject to mandatory detention under **8 U.S.C. § 1225(b)(1) [not 1225(b)(2)(A)]** because he, unlike the cases cited, was initially processed for **expedited removal** when he attempted to enter the United States without authorization" (Doc. No. 6 at 2), by **February 17, 2026.**

**IT IS SO ORDERED.**

                                                /s/*Karen Spencer Marston*
                                                _____
                                                KAREN SPENCER MARSTON, J.